SUPREME COURT OF NEW JERSEY
D-49 September Term 2019
083716

In the Matter of

Young Min Kim,

An Attorney At Law

(Attorney No. 045492006)

FILED
MAR 16 2020
Heather J Bate
CLERK

O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 19-134, concluding that **Young Min Kim,** formerly of **Fort Lee,** who was admitted to the bar of this State in 2006, and who has been temporarily suspended from practice since June 15, 2016, should be suspended from the practice of law for a period of three years for violating RPC 1.4(b)(failure to communicate with client), RPC 5.5(a)(practicing law while suspended), RPC 8.1(b)(failure to cooperate with disciplinary authorities), and RPC 8.4(d)(engaging in conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **Young Min Kim** is suspended from the practice of law for a period of three years, effective immediately, and until the further Order of the Court; and it is further

ORDERED that respondent remain suspended and the attorney accounts restrained from disbursement pursuant to the Order filed June 15, 2006; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to Rule 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of Rule 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of RPC 8.1(b) and RPC 8.4(d); and (3) provide a basis for an action for contempt pursuant to Rule 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 10th day of March, 2020.

*Heather Baker*
CLERK OF THE SUPREME COURT